Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



June 26, 2014

No. 04-14-00167-CV

Stephens & Johnson Operating Co.; Henry W. Breyer, III, Trust; CAH, Ltd., MOPI for Capital Account; CAH, Ltd.-Stivers Capital Account; CAH, Ltd. Wiegand Resources Capital Account Wiegand Resources; C.T. Carden; Myrl W. Deitch Trust; E.R. Godbout Family Trust; Margaret J. Godbout; F.R. Keydel; R.L. Keydel; Pennye K. Maloney; David R. McNitt; RCA Trust One; Donald B. Scott; Sunset Production Corporation; Genessee Country Museum
Appellants

v.

Charles W. Schroeder, Elsie A. Schroeder Schneider, Hollis London, Terry Mengers Reel, Ted Mengers, Debbie Mengers Quates, August H. Setinmeyer, Carole Schroeder Miller, James M. Schroeder, Sally Schroeder Tinanus, James E. Schroeder, Sue Schroeder Stanford, Bill Schroeder, Wayne Hennecke, Diane Hennecke Rhodes, Jerri James, W. Tom Hailey, and Peggy Hailey
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-04-143
Honorable Ana Lisa Garza, Judge Presiding

# ORDER

In this Court's order of May 14, 2014, appellate deadlines in this case were suspended until June 28, 2014 and the parties were ordered to mediation with Judge Raul Vasquez. Appellant has filed an Agreed Motion for Extension of Time to Conduct Mediation and asked that the deadlines be abated until the end of August.

The motion is granted and appellate deadlines are hereby suspended until **August 29, 2014**. The parties are advised that **no further extensions of time will be granted.**

It is so **ORDERED** on June 26, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2014.



Keith E. Hottle, Clerk